ACCEPTED
12-14-00366-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/24/2015 4:55:14 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/24/2015 4:55:14 PM
CATHY S. LUSK
Clerk

July 23, 2015

**LEGAL CORRESPONDENCE**
Elijah Brown, TDCJ#01955555
Connally Unit
899 FM 632
Kenedy, Texas 78119

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7014 0150 0001 1143 6923

RE:   Appellate Court Cause No. 12-14-00367-CR; Elijah Brown v. State of Texas
      Trial Court Case Number 10,078; State of Texas v. Elijah Brown

      Appellate Court Cause No. 12-14-00366-CR; Elijah Brown v. State of Texas
      Trial Court Case Number 10,161; State of Texas v. Elijah Brown

Dear Mr. Brown:

Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas concerning their opinion on your appeal. Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. The Appeal Court in Tyler affirmed or "let stand" the ruling of the trial court. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with

the Texas Court of Criminal Appeals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

I appreciate the opportunity to have represented you. I am sorry the 12th Court of Appeals determined to "let stand" your conviction and sentence. The decision of the 12th Court of Appeals will become final 30 days from the date of the opinion if you do not file a Motion for Rehearing or a PDR as described previously. Again, I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John D. Reeves
JDR/jsn
enc

cc: Cathy S. Lusk, Clerk
Twelfth Court of Appeals
Tyler, Texas
Via electronic filing

```
=====================================
        DOWNTOWN LUFKIN
        608 E LUFKIN RD
           LUFKIN
             TX
          759029913
07/24/2015    (800)275-8777   4:12 PM
=====================================

Product              Sale       Final
Description          Qty        Price

First-Class           1         $0.71
Mail
Letter
    (Domestic)
    (KENEDY, TX  78119)
    (Weight:0 Lb 1.70 Oz)
    (Expected Delivery Day)
    (Monday 07/27/2015)
Certified             1         $3.45
    (@@USPS Certified Mail #)
    (70140150000111436923)
Return                1         $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909521061500981419970)

Total                           $6.96

Cash                           $20.00
Change                        ($13.04)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
```

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.96 |

Postmark Here    07/24/2015    LUFKIN TX 78119    0902 07

Sent To  Elijah Brown, TDCJ 01955555

Street, Apt. No.; or PO Box No. Connally Unit, 899 FM 632

City, State, ZIP+4  Kenedy, TX 78119

PS Form 3800, August 2006            See Reverse for Instructions

7014 0150 0001 1143 6923

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**LEGAL CORRESPONDENCE**
Elijah Brown, TDCJ#01955555
Connally Unit
899 FM 632
Kenedy, Texas 78119

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7014 0150 0001 1143 6923

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540